**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1596**

LASKER M. AHMED,

                Debtor - Appellant,

      v.

THE BANK OF NEW YORK MELLON,

                Creditor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:18-cv-02689-TDC)

Submitted: October 17, 2019              Decided: October 21, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lasker M. Ahmed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lasker M. Ahmed appeals from the district court's order affirming the bankruptcy court's order denying his motion for reconsideration of the order annulling the automatic stay as to claims regarding his real property, which was sold in a foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *See Ahmed v. The Bank of New York Mellon,* No. 8:18-cv-02689-TDC (D. Md. May 31, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*